## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HWASEUNG NETWORKS AMERICA CORP., <br> *Plaintiff*, <br> v. <br> KAC INTERNATIONAL, INC.; DWIGHT DONG WON JOO; JUNG SOO JOO; KAC FOOTWEAR, INC.; HOWARD JOO; YENA JOO aka YAE NAM JOO; ZIPCO PLUS, LLC; JOO & JOO, LLC aka COLONY LAUNDROMAT, <br> *Defendants*. | Civil No: 12-0586 (KSH) <br><br> **ORDER** |

Upon consideration of the motion [D.E. 56] of the defendants to dismiss the complaint filed by Hwaseung Networks America Corp.; and for the reasons expressed in the Court's opinion filed herewith,

**IT IS**, on this 29th day of June, 2015,

**ORDERED** that defendant's motion to dismiss is **DENIED**.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.